THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENZEL L. SCHOENFELDT and LISA D. SCHOENFELDT,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE H. SCHOENFELDT,<br><br>Defendant. | IN ADMIRALTY<br><br>NO. 13-cv-5468RJB<br><br>ORDER FOR A CHANGE IN TRIAL DATE AND RELATED PRETRIAL DEADLINES |

**ORDER**

THIS MATTER having come before the court upon the stipulation of the parties seeking an extension of the trial date presently set for July 21, 2014, and the Court having considered the stipulation and the records and files contained herein, does hereby order the trial of this matter be continued to August 4, 2014.  A revised scheduling order shall be issued.

ORDER FOR A CHANGE IN TRIAL DATE AND RELATED PRETRIAL DEADLINES (13-cv-5468 RJB) - 1

KRAFT PALMER DAVIES P.L.L.C.
1001 FOURTH AVENUE, SUITE 4131
SEATTLE, WA 98154-1155
(206) 624-8844
fax (206) 624-2912

DATED this 31st day of October, 2013.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented By:

KRAFT PALMER DAVIES, PLLC

By: s/ROBERT M. KRAFT
ROBERT M. KRAFT, WSBA #11096
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4131
Seattle, Washington  98104-1845
Tel:  206-624-8844
Fax: 206-624-2912
Email:  RMK@admiralty.com

MIX SANDERS, PLLC
By: s/MICHAEL G. SANDERS
MICHAEL G. SANDERS, WSBA #33881
Attorneys for Defendant
1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
Tel: 206-521-5989
Fax:206-521-5980
Email: michael@mixsanders.com

ORDER FOR A CHANGE IN TRIAL DATE AND RELATED PRETRIAL DEADLINES (13-cv-5468 RJB) - 2

KRAFT PALMER DAVIES P.L.L.C.
1001 FOURTH AVENUE, SUITE 4131
SEATTLE, WA 98154-1155
(206) 624-8844
fax (206) 624-2912